UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA CASSO-LOPEZ,

    Plaintiff,

v.                                      CASE NO. 8:19-cv-1157-T-23TGW

BEACH TIME RENTALS
SUNCOAST, LLC, et al.,

    Defendants.
_____/

**ORDER**

In this FLSA action, the plaintiff accepts (Doc. 33) the defendants' offer of judgment under Rule 68, Federal Rules of Civil Procedure, and a June 15, 2020 order directs the clerk to enter judgment in favor of the plaintiff and against the defendants for $17,462.12.  After the clerk entered judgment, the plaintiff moves (Doc. 40) for an attorney's fee and costs.  The defendants challenge (Doc. 41) the requested attorney's fee and costs, and an August 10, 2020 order refers the motion for an attorney's fee and costs to the magistrate judge for a report and recommendation.

After careful analysis, the magistrate judge "recommend[s] that attorneys' fees of $7,393.50 and costs of $639.73, totaling an award of $8,033.23, be awarded to the plaintiff."  (Doc. 45 at 17)  The well-reasoned report and recommendation applies

customary legal standards and no party objects to the report and recommendation. The report and recommendation (Doc. 45) is **ADOPTED**, and the plaintiff's motion (Doc. 40) for an attorney's fee and costs is **GRANTED-IN-PART**. The clerk is directed to enter an $8,033.23 judgment in favor of the plaintiff and against the defendants, comprising a $7,393.50 attorney's fee and costs of $639.73.

ORDERED in Tampa, Florida, on January 7, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE